**EX PARTE William Hershell MOON**

**CR-14-0319**

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. dismissed

**EX PARTE Michael E. FEAGIN**

**CR-14-0320**

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

**EX PARTE Frederick SIMS**

**CR-14-0321**

Court of Criminal Appeals of Alabama.

01/20/2015

Reh. denied 02/09/2015

Mand. pet. dismissed

**EX PARTE Derek Lamont BERRY**

**CR-14-0322**

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

**Richard KENNEDY**

v.

**STATE**

**CR-14-0330**

Court of Criminal Appeals of Alabama.

03/05/2015

Reversed and remanded

**Michael ANDERSON**

v.

**ALABAMA DEP'T OF CORR.**

**CR-14-0331**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed